UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**BYRON SHANE CHUBBUCK,**

    Petitioner,

    vs.

No. 16-cv-00466-JAP-CG
No. 01-cr-00289-JAP

**UNITED STATES OF AMERICA,**

    Respondent.

## FINAL JUDGMENT

In accordance with the MEMORANDUM OPINION AND ORDER entered herewith, Petitioner's MOTION UNDER 28 U.S.C. § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY (CV Doc. 7) is GRANTED and Petitioner's conviction for using, brandishing, and carrying a firearm during a crime of violence is VACATED.

_____
SENIOR UNITED STATES DISTRICT JUDGE